**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7556**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANGEL SOLIZ, SR., a/k/a Big A,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.  (1:16-cr-00028-JPJ-PMS-1)

Submitted:  March 18, 2021                          Decided:  March 23, 2021

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Angel Soliz, Sr., Appellant Pro Se.  Sara Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angel Soliz, Sr., appeals the district court's order denying Soliz's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Soliz's informal brief does not challenge the district court's determination that Soliz's danger to the community and other of the 18 U.S.C. § 3553(a) factors counseled against a sentence reduction. Soliz has therefore forfeited appellate review of the court's disposition. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We thus affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*